CHICAGO—FIRST DISTRICT—NOVEMBER, 1914.    619

Karkaboses v. Kalodimos Bros. I. C. & C. Co., 189 Ill. App. 619.

James Karkaboses, Defendant in Error, v. Kalodimos Brothers Ice Cream & Candy Company, Plaintiff in Error.

Gen. No. 20,041.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed November 30, 1914.

### Statement of the Case.

Action by James Karkaboses against Kalodimos Brothers Ice Cream & Candy Company for wages alleged to be due for working for defendant at $20 per month from November 17, 1912, to April 14, 1913. A judgment was entered for $98 in favor of the plaintiff and defendant sued out a writ of error.

PERCIVAL STEELE, for plaintiff in error.

PANTELIS & RESA, for defendant in error.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 84*—*sufficiency of evidence.* Where it was contended that plaintiff's wages were to be applied on the purchase of a candy store or business by plaintiff, who was a minor working for defendant at the time, and defendant took the place back and rescinded the sale without returning a certain amount paid on account of the purchase price, a finding in favor of plaintiff on conflicting evidence sustained.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.